**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6008**

─────────────

VICTOR B. PERKINS,

Petitioner - Appellant,

v.

RISK ASSESSMENT PANEL,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-hc-02205-FL)

─────────────

Submitted:  July 25, 2023                                    Decided:  July 28, 2023

─────────────

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Victor Bernard Perkins, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. Perkins appeals the district court's order dismissing his action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Perkins v. Risk Assessment Panel*, No. 5:22-hc-02205-FL (E.D.N.C. Dec. 19, 2022). We deny Perkins' motion to show cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*